Luther L. OSBORNE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27617.

Court of Criminal Appeals of Texas.

April 20, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder with malice; the punishment ten years in the penitentiary.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.